Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Juan Ramirez-Nevarez

FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Larry A. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06-CR-1298 LAB |
| Plaintiff, ) | |
| v. ) | Stipulation re: Continuance of Sentencing Hearing Date |
| JUAN RAMIREZ-NEVAREZ, ) | Order Continuing Sentencing Hearing Date |
| Defendant. ) | |

It is stipulated between plaintiff United States of America, through its attorney, Assistant U.S. Attorney Jeffery b. Schenk, and defendant Juan Ramirez-Nevarez, through his attorney, Joseph Milchen, that the presently set date for the sentencing hearing of Monday, September 18, 2006, at 9:30 a.m. be continued to Monday, November 13, 2006, at 9:30 a.m.

Defendant is in custody. This Stipulation is to permit defendant to file a comprehensive Sentencing Memorandum.

Dated: August 30, 2006

_____
Joseph Milchen
Attorney for Defendant
Juan Ramirez-Nevarez

Dated: August 30, 2006

_____
Jeffery B. Schenk
Assistant U.S. Attorney

## Order Continuing Sentencing Hearing Date

Good cause appearing for the Stipulation re: Continuance of the Sentencing Date, it is hereby ordered that the presently set date for the sentencing hearing date of Monday, September 18, 2006, at 9:30 a.m. be continued to Monday, November 13, 2006, at 9:30 a.m.

Dated: 8-31, 2006

_____
Larry A. Burns
United States District Judge