Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Juan Ramirez-Nevarez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Larry a. Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> JUAN RAMIREZ-NEVAREZ,  ) <br> ) <br> Defendant.  ) <br> _____) | Criminal Case No. 06-CR-1298 <br><br> Order Authorizing Counsel to Obtain the Additional Services Of an Interpreter and Payment Therefor |

Good cause appearing in the Ex Parte Application for Authorization of Counsel to Obtain the Service of an Interpreter, it is hereby ordered pursuant to Title 18, United States Code, Sections 3006A(e)(1) that counsel for defendant Juan Ramirez-Nevarez is authorized to obtain the services of an interpreter for further translation of Spanish and English in additional conferences with the client during the pendency of the case. These services may be provided by Aracely Rivas, and are authorized for up to an additional $225.00 (at the hourly rate of $45.00) above the statutory limit without authorization of $300.00, making a grand total of $525.00.

Dated: September 6, 2006

_____
Larry A. Burns
United States District Judge